AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00137 |
|  | ) Assigned To : Cooper, Christopher R. |
| ANDREW SMITH | ) Assign. Date : 8/17/2023 |
|  | ) Description: Superseding Indictment (B) |
|  | ) Related Case: 23-cr-137 (CRC) |
| *Defendant* |  |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ANDREW SMITH ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 - Conspiracy to Interfere with Interstate Commerce by Robbery;
18 U.S.C. § 1951 - Interference with Interstate Commerce by Robbery;
18 U.S.C. § 924(c)(1) - Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence;
18 U.S.C. § 2 - Aiding and Abetting;
FORFEITURE: 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p)

Date:  08/17/2023

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2023.08.17 15:26:27 -04'00'

*Issuing officer's signature*

City and state:  WASHINGTON, DC        MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 8/29/2023 , and the person was arrested on *(date)* 8/30/2023
at *(city and state)* Suitland, Maryland .

Date: 8/30/2023

*Arresting officer's signature*

SA Ian Best
*Printed name and title*

Shedelle Dorsett
Digitally signed by Shedelle Dorsett
Date: 2023.08.18 14:49:30 -04'00'

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK