```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

    - - - - - - - - - - - - - - - x
    THE UNITED STATES OF AMERICA,
                                        Criminal Action No.
               Plaintiff,               1:23-cr-00137-CRC
                                        Monday, June 3, 2024
    v.                                  10:11 a.m.

    TREVOR WRIGHT, et al.,

               Defendant(s).
    - - - - - - - - - - - - - - - x
```
_____

              TRANSCRIPT OF STATUS CONFERENCE
       HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:      **SITARA WITANACHCHI, ESQ.**
                            **ANDREA DUVALL, ESQ.**
                            **U.S. ATTORNEY'S OFFICE FOR D.C.**
                            601 D Street NW, Ste 5.1507
                            Washington, DC 20530
                            (202) 699-1978
                            sitara.witanachchi@usdoj.gov


For Trevor Wright:          **MARIA JACOB, ESQ.**
                            **FEDERAL PUBLIC DEFENDER FOR D.C.**
                            625 Indiana Ave, N.W.
                            Washington, DC 20004
                            (202) 208-7500
                            maria_jacob@fd.org

For William Hunter:         **DWIGHT E. CRAWLEY, ESQ.**
                            **LAW OFFICE OF DWIGHT CRAWLEY**
                            1300 I Street, Suite 400e
                            Washington, DC 20005
                            (202) 580-9794
                            vadclawyer@gmail.com


(CONTINUED ON NEXT PAGE)

```
 1      APPEARANCES (CONTINUED):

 2      For Avery Fuller:        A. EDUARDO BALAREZO, ESQ.
                                 BALAREZO LAW
 3                               400 Seventh Street, NW, Suite 306
                                 Washington, DC 20004
 4                               (202) 639-0999
                                 filings@balarezolaw.com
 5
        For Davon Johnson:       KEVIN EUGENE WILSON, ESQ.
 6                               LAW OFFICE OF KEVIN E WILSON, PLLC
                                 2 Wisconsin Circle, Suite 700
 7                               Chevy Chase, MD 20815
                                 (855) 749-2100
 8                               kevin@kevinwilsonlaw.com

 9      For Keith McDuffie:      EDWARD JOHN UNGVARSKY, ESQ.
                                 UNGVARSKY LAW, PLLC
10                               421 King Street, Suite 505
                                 Alexandria, VA 22314
11                               (571) 207-9710
                                 ed@ungvarskylaw.com
12
        For Robert Sheffield:    H. HEATHER SHANER, ESQ.
13                               LAW OFFICES OF H. HEATHER SHANER
                                 1702 S Street, NW
14                               Washington, DC 20009
                                 (202) 265-8210
15                               hhsesq@aol.com

16      For Jaylaun Brown:       ADAM D. HARRIS, ESQ.
                                 LAW OFFICE OF ADAM D. HARRIS L.L.C.
17                               600 Jefferson Plaza, Suite 201
                                 Rockville, MD 20852
18                               (301) 960-5005
                                 adam@adamharrislawfirm.com
19
20      Court Reporter:                  Lisa A. Moreira, RDR, CRR
                                         Official Court Reporter
21                                       U.S. Courthouse, Room 6718
                                         333 Constitution Avenue, NW
22                                       Washington, DC  20001
                                         (202) 354-3187
23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, we're on the
 3     record for Criminal Cases 22-4010, 23-90, and 23-137, United
 4     States of America v. Trevor Wright, et al.
 5              Counsel, please approach the lectern and identify
 6     yourselves for the record starting with the government.
 7              MS. WITANACHCHI:  Good morning, Your Honor; Sitara
 8     Witanachchi and Andrea Duvall on behalf of the United
 9     States.
10              THE COURT:  Good morning, ladies.
11              Don't be shy.
12              MS. JACOB:  Since I'm up.  Good morning, Your
13     Honor; Maria Jacob on behalf of Trevor Wright, who is all
14     the way on the end.
15              THE COURT:  Yes.  Good morning, Ms. Jacob.
16              All right.  Let's just go down the list in order.
17              MR. CRAWLEY:  Good morning, Your Honor.
18              THE COURT:  Good morning, Mr. Crawley.  You're
19     joining us by phone this morning?
20              MR. CRAWLEY:  Yes, sir, Your Honor.
21              THE COURT:  Can you hear --
22              MR. CRAWLEY:  I can hear you.  Can you hear me?
23              THE COURT:  Yes, loud and clear.  Good morning.
24              MR. CRAWLEY:  Thank you.  Good morning; Dwight
25     Crawley on behalf of Mr. Hunter.  Mr. Hunter is present in
```

1    court.  I am appearing virtually via phone with the consent
2    of my client.  As the Court is aware, I filed a motion
3    regarding this, and we are ready to proceed.
4               THE COURT:  Not a problem.
5               Is Mr. Balarezo here?
6               MR. BALAREZO:  Your Honor, I am.  Good morning;
7    Eduardo Balarezo on behalf of Avery Fuller.
8               THE COURT:  And, Mr. Balarezo, you're appearing by
9    phone this morning as well, correct?
10              MR. BALAREZO:  Yes, Your Honor.
11              THE COURT:  And can you hear me okay?
12              MR. BALAREZO:  Yes.
13              THE COURT:  And is Mr. Fuller present?
14              MR. BALAREZO:  Mr. Fuller is detained in Florida.
15              THE COURT:  That's right.  That's right.
16              And Franklin Hunter?
17              MR. WILSON:  Good morning, Your Honor;
18   Kevin Wilson appearing on behalf of Mr. Davon Johnson.
19   Mr. Johnson is present to my left second from this far end,
20   which will be my right.
21              THE COURT:  Okay.  Good morning.
22              Okay.  And I understand that neither Mr. Machado
23   on behalf of DeCarlos Hill or Mr. Hill is present.  Do we
24   know where Mr. Machado is this morning anyone?
25              MS. WITANACHCHI:  Your Honor, my understanding is

1   that Mr. Machado withdrew representation, and Mr. Hill is
2   now represented by Dan Dorsey.  I don't know where he is
3   though.
4           THE COURT:  Ms. Jenkins, if you could inquire as
5   to Mr. Dorsey's presence.  It was not excused.  I don't know
6   if in the shuffle he didn't get notice of this hearing, but
7   he should have received notice.
8           THE COURTROOM DEPUTY:  Yes, Your Honor.
9           THE COURT:  Okay.  Who's next?
10          MR. UNGVARSKY:  I think Mr. McDuffie is next.
11  Edward Ungvarsky on behalf of Mr. McDuffie, who is present
12  in the white shirt.
13          THE COURT:  Good to see you.
14          MR. UNGVARSKY:  Thank you, sir.
15          THE COURT:  All right.  Next up.  It looks like
16  you, Ms. Shaner.
17          MS. SHANER:  Good morning, Your Honor; Heather
18  Shaner for Mr. Robert Sheffield.
19          Robert, do you want to stand up, please?
20          THE COURT:  Okay.
21          MS. SHANER:  Thank you.
22          THE COURT:  All right.
23          MR. HARRIS:  Good morning, Your Honor; Adam Harris
24  on behalf of Jaylaun Brown.  Mr. Brown is sitting in the
25  front row closest to Your Honor.

```
 1                THE COURT:  Okay.  Good to see you, Mr. Harris.
 2                MR. HARRIS:  You as well.
 3                THE COURT:  All right.  Ms. Witanachchi, there
 4   have been some developments since our last status.  Do you
 5   want to just go down the list and let me know where things
 6   stand, and then we'll talk about trial dates?
 7                MS. WITANACHCHI:  Thank you, Your Honor.
 8                A lot of moving pieces so let me try to dissect
 9   it.
10                Two guilty pleas have been entered into the Middle
11   District of Florida for Antonio Tate and Delonte Martin, so
12   the case in D.C. will be dismissed against both of them at
13   the time of their sentencing in Jacksonville.
14                THE COURT:  Okay.
15                MS. WITANACHCHI:  Two guilty pleas have been
16   entered before Your Honor for Mr. Smith and Mr. Conrad.
17                One guilty plea has been accepted and scheduled
18   for Mr. Marable; the change of plea hearing is July 2nd.
19                We anticipate three additional guilty pleas for
20   Messrs. Hill, McDuffie, and Hunter, leaving four pleas that
21   are actively --
22                THE COURT:  That is William Hunter.
23                MS. WITANACHCHI:  I'm sorry, Your Honor?
24                THE COURT:  William Hunter?
25                MS. WITANACHCHI:  Franklin Hunter.
```

1          THE COURT:  Franklin Hunter, yes.
2          MS. WITANACHCHI:  Okay.  There are four pleas that
3     are actively open for consideration.
4          Two are for folks in the Middle District of
5     Florida, which is Avery Fuller and Jameise Christian.
6     Florida is in the driver's seat for those two pleas.
7          The other two who are considering pleas right now
8     are Mr. Jaylaun Brown and Mr. Davon Johnson.  Mr. Johnson's
9     attorney joined relatively --
10         THE COURT:  Slow down.
11         MS. WITANACHCHI:  Sure.  Davon Johnson has a
12    relatively new attorney, Kevin Wilson, relatively new in the
13    sense that he joined the case more recently, and Mr. Brown
14    has Mr. Harris as defense counsel.  He has a Middle District
15    of Florida case as well, but it's a little trickier, but we
16    think that to Mr. Johnson and Mr. Brown we should schedule
17    30 to 45 days out a *Frye* hearing.
18         That leaves us with three defendants who I believe
19    ultimately wish to reject the pleas and set a trial date,
20    and those individuals are Trevor Wright, William Hunter, and
21    Robert Sheffield.
22         THE COURT:  Okay.  Is that correct, Ms. Jacob,
23    Mr. Crowley, and Ms. Shaner?
24         MS. JACOB:  Yes, Your Honor.
25         MS. SHANER:  Yes, Your Honor.

1              THE COURT:  Mr. Crawley.
2              MR. CRAWLEY:  Yes, on behalf of Mr. Hunter, that
3    is correct.
4              THE COURT:  Okay.  Have you all compared your
5    calendars?
6              MS. WITANACHCHI:  We have.  There's a request from
7    defense counsel for Mr. Wright for a June 2, 2025, trial
8    date, which works for the government.  We asked other
9    counsel whether there are any issues with that.  We did not
10   hear -- we did not hear that there were any conflicts with
11   that date, so if that date is open to the Court, we would
12   propose that date.
13             MR. CRAWLEY:  Your Honor, on behalf of
14   Mr. Hunter -- this is Dwight Crawley -- I don't have a
15   problem with that date.  I had initially thought there was
16   some circulation regarding any time after March 2025, and
17   that worked for me.
18             Government Counsel, Sitara and I, have a trial
19   tentatively scheduled for January of 2025 with Judge Howell,
20   and I think that's going to take -- and she can speak to
21   this more than me, but I think that's going to take at least
22   four to six weeks.  But maybe she has a different thought on
23   that.
24             THE COURT:  And when is that trial scheduled to
25   start?

1                MR. CRAWLEY:  January 13th is my understanding,
2    but like I said, she can correct me, if I'm wrong.
3                THE COURT:  June 2nd would be safe then?
4                MS. WITANACHCHI:  Right.
5                MR. CRAWLEY:  Oh, absolutely, absolutely.
6                THE COURT:  Ms. Shaner?
7                MS. SHANER:  We have made a counteroffer to the
8    government, which they rejected, and June 2nd is a good date
9    for trial.
10               THE COURT:  All right.  Well, hearing no
11   objection, that's a little farther out than I would have
12   preferred, but I assume that folks are busy, and with
13   multiple defendants and the government I understand how
14   difficult it is to come up with mutually available dates;
15   and given the charges, that's not entirely unreasonable.  So
16   why don't we set a trial date in the case for June 2, 2025.
17               And we will -- do you want to work together on a
18   pretrial order to stage any motions practice?  Why don't you
19   do that.
20               MS. WITANACHCHI:  We can do that, Your Honor.
21               THE COURT:  And submit a proposed pretrial
22   order --
23               MS. WITANACHCHI:  That's fine.  We'll do that.
24               THE COURT:  -- with a pretrial conference the week
25   before June 2nd.

1                    All right.  Anything else, Counsel?
2                    MS. WITANACHCHI:  Does the Court wish to do any
3    *Frye* hearings for Mr. Sheffield, William Hunter, and/or
4    Trevor Wright today or schedule those?
5                    THE COURT:  Well, we're all here.  Why don't we do
6    that.  Do you want to put on the record one by one the plea
7    offer that was extended and rejected?
8                    MS. WITANACHCHI:  Sure.
9                    THE COURT:  Okay.
10                   MS. WITANACHCHI:  I can start with Mr. Sheffield,
11   Robert Sheffield.
12                   THE COURT:  Okay.
13                   MS. WITANACHCHI:  So the government has offered
14   the plea of one count of conspiracy to commit Hobbs Act
15   robbery, which is Count 1 of the second superseding
16   indictment, as well as one count of the five-year 924(c).
17   We would dismiss the remaining and greater charges.
18                   The defendant, I understand, is rejecting that
19   plea offer.
20                   If he were to proceed to trial and be convicted,
21   he would be facing 141 to 155 months.  That's the
22   government's rough estimate.  With the plea offer, it is 101
23   to 111 months.
24                   THE COURT:  Okay.  Ms. Shaner, was that offer
25   explained to Mr. Sheffield?

1           MS. SHANER:  Yes, that offer was brought to
2  Mr. Sheffield and explained to him.
3           THE COURT:  Okay.  Did you discuss the
4  implications of both accepting and rejecting the offer?
5           MS. SHANER:  Correct, Your Honor.
6           THE COURT:  Okay.
7           MR. SHANER:  The Court can inquire.  Mr. Sheffield
8  and I have rejected the plea as it stands.
9           THE COURT:  Okay.  Is that right, Mr. Sheffield?
10          DEFENDANT SHEFFIELD:  Yes, we reject it.
11          THE COURT:  Okay.  Anything else, Ms. Witanachchi?
12          MS. WITANACHCHI:  No, Your Honor.
13          THE COURT:  Okay.  Next.
14          MR. CRAWLEY:  Your Honor, before we get started
15  with my client, Mr. Hunter would acknowledge that he's
16  received it, the offer, and he has rejected it.  But since
17  I'm not there, it might be best just to do it on a different
18  day.  But I'll defer to the Court.
19          There are some additional issues that I would like
20  to discuss with Mr. Hunter.
21          THE COURT:  I agree with Mr. Crawley.  Let's do it
22  in person, and let's schedule a time when you're available.
23          MS. WITANACHCHI:  I think that makes sense.
24          THE COURT:  Yes.
25          MS. WITANACHCHI:  We should probably -- I would

1  recommend we schedule a date for Mr. William Hunter, Davon
2  Johnson, and Jaylaun Brown since the other two are actively
3  considering pleas at this time, so whenever the Court's
4  available.
5              THE COURT:  Why don't you work that out with your
6  schedules, call the deputy, and we can call --
7              MS. WITANACHCHI:  Okay.  We can do that.
8              The next individual is Trevor Wright.  I had put
9  the terms of the plea on the record, but given the way we
10 left the status last time, it might be prudent to inquire of
11 Mr. Wright.  Does the Court wish for me to put the terms
12 again?
13             THE COURT:  Yes.
14             MS. WITANACHCHI:  Okay.  The government has asked
15 that he plead pursuant to a global plea, Count 1 of the D.C.
16 superseding indictment as well as Count 2 of Middle District
17 of Florida's indictment, which is a 924(c), the seven-year,
18 and finally to Count 1 of Southern District of Florida's
19 indictment, which is a 922(g).
20             The remainder and greater charges would be
21 dismissed at sentencing.
22             If he were to proceed to trial, he would be -- and
23 be convicted, he's facing mandatory time of 21 years.  That
24 would run consecutive to a guidelines range of 151 to 188
25 months.

```
 1              THE COURT:  Okay.  Ms. Jacob, I think we discussed
 2   this at the last status, but have you reviewed the plea
 3   offer with Mr. Wright and discussed the implications of both
 4   accepting it and rejecting it?
 5              MS. JACOB:  Yes, Your Honor, and we discussed it
 6   after that last hearing, and it is Mr. Wright's decision to
 7   proceed to trial and to reject the plea offer.
 8              THE COURT:  Okay.  Is that correct, Mr. Wright?
 9              DEFENDANT WRIGHT:  Yes.
10              THE COURT:  Okay.  Anything else, Counsel?
11              MS. WITANACHCHI:  I think that concludes that,
12   Your Honor.
13              I understand that Mr. Hill has walked into the
14   courtroom.  I still don't see Mr. Dorsey though.
15              MR. BALAREZO:  Your Honor, this is Eduardo
16   Balarezo.  I'm sorry to interject.  I was in communication
17   with Mr. Dorsey.  He is on his way.  He apparently had the
18   hearing scheduled for 11:00 on his calendar; so he
19   apologizes and he should be there shortly, although I know
20   the hearing is over.
21              THE COURT:  You snooze, you lose.
22              I don't have time to sit here.  Have Mr. Dorsey
23   contact chambers, and we can do an individualized hearing at
24   some point convenient for him.
25              Anything else?
```

```
1              MR. BALAREZO:  Very well, Your Honor.
2              MS. WITANACHCHI:  I don't -- with that, there's
3    nothing further for the government.
4              THE COURT:  Okay.  Anything further from the
5    defense?  Anyone?
6              All right.  Hearing nothing, we will stand in
7    recess.
8                    (Whereupon the hearing was
9                     concluded at 10:28 a.m.)
```

**CERTIFICATE OF OFFICIAL COURT REPORTER**

I, LISA A. MOREIRA, RDR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 3rd day of July, 2024.

/s/Lisa A. Moreira, RDR, CRR
Official Court Reporter
United States Courthouse
Room 6718
333 Constitution Avenue, NW
Washington, DC 20001